Appeal No. 152421 from Judgment dated April 12, 1995; Stuart Robinson, Ruling Judge, Hinds County Chancery Court, First Judicial District.
T. Jackson Lyons, Paul D. Hastings, Jackson, for Appellant.
Jennifer P. Burkes, Scanlon Sessums Parker & Dallas, Jackson, Danny E. Cupit, Jackson, for Appellee.
Before THOMAS, P.J., and BARBER and PAYNE, JJ.
Affirmed.
FRAISER, C.J., BRIDGES, P.J., and COLEMAN, DIAZ, KING, McMILLIN and SOUTHWICK, JJ., concur.